FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 1 5 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2009R01426)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 09-CR-551
~~UNDER SEAL~~
MAGISTRATE CASE NO. _____

X Indictment — DATE: December 15, 2009
__ Information — DATE:
__ Magistrate's Complaint — DATE:

UNITED STATES OF AMERICA
vs.
**EDGAR VALDEZ-VILLAREAL**
**a.k.a. LA Barbie,**
**a.k.a. Juedo**

SUPERSEDING
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
x Felony __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. X Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____ Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: JOHN HORN
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY
BY: JOHN HORN
Assistant United States Attorney

DATE: December 15, 2009

4