**FILED IN CHAMBERS**
U.S.D.C    Atlanta

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

DEC 1 5 2009

DIVISION Atlanta
(USAO 2009R01436) JAMES N. HATTEN, Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION** By: _____
**IN UNITED STATES DISTRICT COURT**                          Deputy Clerk

COUNTY NAME: Fulton

DISTRICT COURT NO. 1 09 - CR - 5 5 1

~~UNDER SEAL~~

MAGISTRATE CASE NO. _____

__X__ Indictment          ___ Information          ___ Magistrate's Complaint

DATE: December 15, 2009     DATE:                    DATE:

| UNITED STATES OF AMERICA vs. **ROBERTO LOPEZ a.k.a. Shrek, a.k.a. NWA** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:
(as to deft)                                TOTAL COUNTS:
GREATER OFFENSE CHARGED:                     (as to deft)
__x__ Felony          ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __X__ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____          Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___Yes ___ No
   ___ Federal ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: |
| | A.U.S.A.: __JOHN HORN__ |
| | DEFT'S ATTY: |

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY
BY: __JOHN HORN__
Assistant United States Attorney

DATE: __December 15, 2009__