U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 15 2009

JAMES N. HATTEN, Clerk
By: Deputy Clerk

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

Edgar Valdez-Villareal,
a.k.a. LA Barbie,
a.k.a. Juedo

No. 1 09-CR-551

~~UNDER SEAL~~

**Agent to Arrest**

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

John Horn
Assistant United States Attorney

Filed In Clerk's Office, this ______________

of ____________________, 20______

________________________________
Clerk

By ________________________________
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
12/16/09
BY: ________________
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

10