# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States of America, | **Case No. 1:09-CR-551-LLM** |
| v. | |
| Carlos Montemayor,<br>*Defendant*. | HEARING REQUEST |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE AND REQUEST FOR A HEARING PURSUANT TO 32.2(b)(1)(B)

COMES NOW Defendant Carlos Montemayor, through undersigned counsel, and submits this response to the Government's motion for a preliminary order of forfeiture, showing the following in support:

The Government seeks a preliminary order of forfeiture in the amount of $192,000,000. Defendant contests this amount and requests an evidentiary hearing pursuant to Fed. R. Crim. P. 32.2(b)(1)(B).

Respectfully submitted, this 23rd day of July, 2019.

[Signature on following page]

1

/s/ *Stephen M. Reba*
STEPHEN M. REBA
Georgia Bar No. 532158
*Counsel for Defendant Carlos Montemayor*

P.O. Box 1046
Decatur, Georgia 30031
(404) 850-7949 (phone)
(404) 935-5305 (fax)
smr@rebalaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | **Case No. 1:09-CR-551-LLM** |
| | : | |
| v. | : | |
| | : | |
| Carlos Montemayor, | : | |
| *Defendant*. | : | |
| | : | |

## CERTIFICATE OF SERVICE/TYPEFACE

This is to certify that I have served a copy of the within and foregoing *Defendant's Response to Government's Motion for Preliminary Order of Forfeiture and Request for Hearing Pursuant to Rule 32.2(b)(1)(B)* on U.S. Attorney's Office, through this Court's electronic filing system, which generates an email with said copy attached in electronic form.

I further certify that the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C.

This 23rd day of July, 2019.

/s/ *Stephen M. Reba*
STEPHEN M. REBA
Georgia Bar No. 532158
*Counsel for Defendant Carlos Montemayor*

P.O. Box 1046
Decatur, Georgia 30031
(404) 850-7949 (phone)
(404) 935-5305 (fax)
smr@rebalaw.com