IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS MONTEMAYOR,<br>  A/K/A THE DIRECTOR,<br>  A/K/A LICENCIADO,<br>  A/K/A FOX | Criminal Action No.<br><br>1:09-CR-551-LMM |

## ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, on November 14, 2018, this Court accepted the guilty plea of the Defendant to Counts One, Two, Four, Five, Eight, and Nine of the Indictment and determined, pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure and based upon the plea, that the Defendant committed offenses involving $192,000,000 in drug proceeds, and

WHEREAS, the United States seeks a personal money judgment against the Defendant in the amount of $192,000,000, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $192,000,000 pursuant to 21 U.S.C. § 853.

IT IS HEREBY FURTHER ORDERED that, upon the entry of this Order, the United States Attorney General or his designee may conduct discovery to identify,

locate and facilitate the disposition of property subject to forfeiture in accordance with Rule 32.2(b)(3).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $192,000,000 to satisfy the money judgment in whole or in part.

SO ORDERED THIS 7th day of August, 2019.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

Submitted by:
Michael J. Brown, Assistant United States Attorney
(404) 581-6000