**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CARLOS MONTEMAYOR, | CRIMINAL NO. 1:09-CR-551-2-LMM |
| Movant, | |
| vs. | CIVIL ACTION FILE |
| UNITED STATES OF AMERICA, | NO. 1:21-CV-3555-LMM |
| Respondent. | |

## J U D G M E N T

The Court having DENIED the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Atlanta, Georgia this 10th day of November, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: s/J. Arnold
    Deputy Clerk

Filed:  November 10, 2022
Entered:
In the Clerk's Office
Kevin P. Weimer
Clerk of Court

By: s/J. Arnold
    Deputy Clerk