IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>ROBERTO LOPEZ,<br>A/K/A SHREK,<br>A/K/A NWA | Criminal Action No.<br>1:09-CR-551-LMM-RDC |

**Government's Sentencing Memorandum**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Garrett L. Bradford, Assistant United States Attorney for the Northern District of Georgia, files this sentencing memorandum.

There are no unresolved Guidelines calculation issues in this case. The breathtaking scope and military regimentation of the Valdez-Montemayor drug trafficking organization, which imported thousands of kilograms of cocaine (1,500 kilograms of cocaine into Atlanta during a single eight-month period alone, (Presentence Investigation Report ("PSR") ¶ 31)), and smuggled millions of dollars and firearms back to Mexico, is thoroughly explained in the PSR and previous filings, (*see* Doc. 293 (government's sentencing memo for Valdez), Doc. 333 (government's sentencing memo for Carlos Montemayor)).

Lopez served as the primary lieutenant for Carlos Montemayor and oversaw domestic transportation for the organization. (PSR ¶¶ 17, 19). After living as a fugitive in Mexico for 15 years, Lopez was arrested by Mexican authorities in

Mexico on June 27, 2024, and expelled to the United States on August 12, 2025. He is the final defendant in this case.

As contemplated by the plea agreement, (Doc. 468-1 ¶ 19), and as warranted by the factors of 18 U.S.C. § 3553(a) including Lopez's role and relative culpability in the case, the government requests that the Court impose a sentence of 240 months' imprisonment.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374
Garrett.Bradford@usdoj.gov

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 7, 2026

/s/ GARRETT L. BRADFORD
GARRETT L. BRADFORD
*Assistant United States Attorney*